**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-MJ-009 BAM |
| Plaintiffs, | **ORDER RELEASING DEFENDANT FROM CUSTODY** |
| v. | |
| CARLOS LOPEZ-ORELLANA, | |
| Defendant. | |

Having considered the government's in-court argument on January 23, 2017 that the warrant on which Defendant Carlos Lopez-Orellana was arrested is invalid, **the Court ORDERS that Defendant be released from custody forthwith.** All previously imposed terms and conditions of supervised release shall remain in full force and effect. Defendant is ORDERED to report to the Bakersfield United States Probation Department upon his release or on the first working day following his release if released after normal business hours.

DATED: 1/23/17

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE